**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 11 |
| SWIFT ENERGY COMPANY, *et al.*,[1] | Case No. 15-12670 (MFW) |
| Debtors. | (Jointly Administered) |
|  | **Re: Docket No. 85** |

**NOTICE OF WITHDRAWAL OF DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING THEM TO RETAIN AND EMPLOY JONES DAY AS COUNSEL, *NUNC PRO TUNC* AS OF THE PETITION DATE**

**PLEASE TAKE NOTICE** that, on January 11, 2016 the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed with this Court the Debtors' Application for an Order Authorizing them to Retain and Employ Jones Day as Counsel, nunc pro tunc as of the Petition Date [Docket No. 85] (the "Application").

**PLEASE TAKE FURTHER NOTICE** that the Defendants hereby withdraw, without prejudice, the Application.

---

[1] The Debtors are the following nine entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Swift Energy Company (0661); Swift Energy International, Inc. (6721); Swift Energy Group, Inc. (8150); Swift Energy USA, Inc. (8212); Swift Energy Alaska, Inc. (6493); Swift Energy Operating, LLC (2961); GASRS LLC (4381); SWENCO-Western, LLC (0449); and Swift Energy Exploration Services, Inc. (2199). The address of each of the Debtors is 17001 Northchase Drive, Suite 100, Houston, Texas 77060.

| | |
|---|---|
| Dated:  January 11, 2016<br>         Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Brendan J. Schlauch*<br>Daniel J. DeFranceschi (DE 2732)<br>Zachary I. Shapiro (DE 5103)<br>Brendan J. Schlauch (DE 6115)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br><br>-and-<br><br>Gregory M. Gordon (TX 08435300)<br>JONES DAY<br>2727 N. Harwood Street<br>Dallas, Texas  75201<br>Telephone:  (214) 220-3939<br>Facsimile:  (214) 969-5100<br><br>Thomas A. Howley (TX 24010115)<br>Paul M. Green (TX 24059854)<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, Texas 77002<br>Telephone:  (832) 239-3939<br>Facsimile:  (832) 239-3600<br><br>Undersigned Proposed Counsel for the Debtors |