**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| SWIFT ENERGY COMPANY, *et al.*,[1] | : | Case No. 15-12670 (MFW) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : | **Re: Docket Nos. 17, 57 & 72** |

**CERTIFICATION OF COUNSEL REGARDING FINAL ORDER (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POSTPETITION FINANCING ON A SUPER-PRIORITY, SECURED BASIS AND (B) USE CASH COLLATERAL, (II) GRANTING (A) LIENS AND SUPER-PRIORITY CLAIMS AND (B) ADEQUATE PROTECTION TO CERTAIN PREPETITION LENDERS, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1.      On December 31, 2015, the above-captioned debtors (collectively, the "Debtors") filed the Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing on a Super-Priority, Secured Basis and (B) Use Cash Collateral, (II) Granting (A) Liens and Super-Priority Claims and (B) Adequate Protection to Certain Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing and (V) Granting Related Relief [Docket No. 17] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2.      On January 5, 2016, the Bankruptcy Court entered an interim order [Docket No. 57] (the "Interim Order") approving the Motion on an interim basis.  On that same date, the Debtors filed the Notice of (A) Interim Order (I) Authorizing the Debtors to (A) Obtain

---

[1]      The Debtors are the following nine entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Swift Energy Company (0661); Swift Energy International, Inc. (6721); Swift Energy Group, Inc. (8150); Swift Energy USA, Inc. (8212); Swift Energy Alaska, Inc. (6493); Swift Energy Operating, LLC (2961); GASRS LLC (4381); SWENCO-Western, LLC (0449); and Swift Energy Exploration Services, Inc. (2199).  The address of each of the Debtors is 17001 Northchase Drive, Suite 100, Houston, Texas 77060.

Post-Petition Financing on a Super-Priority, Secured Basis and (B) Use Cash Collateral, (II) Granting (A) Liens and Super-Priority Claims and (B) Adequate Protection to Certain Prepetition Lenders, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing and (V) Granting Related Relief and (B) Final Hearing Thereon [Docket No. 72] (the "Notice of Interim Order"). Pursuant to the Notice of Interim Order, objections, if any, to the relief requested in the Motion were to be filed and served by no later than January 25, 2016 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").[2]

3.      Prior to the Objection Deadline, the Debtors received several responses (collectively, the "Responses") to the Motion. See Docket Nos. 145, 148, 167 & 169.  The undersigned further certifies that, except for the Responses, he has reviewed the Bankruptcy Court's docket in the above-referenced chapter 11 cases and no answer, objection or other responsive pleading to the Motion appears thereon.

4.      On February 1, 2016, the Bankruptcy Court held the "second day" hearing (the "Second Day Hearing") in the above-captioned chapter 11 cases.  At the Second Day Hearing, the Debtors submitted a revised form of the proposed final order to address the Responses and to reflect technical and conforming changes.

5.      Consistent with the Bankruptcy Court's ruling on the record at the Second Day Hearing, the Debtors have prepared a final revised form of the proposed final order approving the motion (the "Proposed Final Order") to address the Responses.  A copy of the Proposed Final Order is attached hereto as Exhibit A.  For the convenience of the Bankruptcy Court and all parties in interest, a blackline of the Proposed Final Order against the Interim Order is attached hereto as Exhibit B.

---

[2]      The Objection Deadline was extended for the Committee through January 29, 2016 at 12:00 p.m.

RLF1 13752828v.3

WHEREFORE, the Debtors respectfully request that the Proposed Final Order,

substantially in the form attached hereto as Exhibit A, be entered at the earliest convenience of

the Bankruptcy Court.

Dated: February 1, 2016                          Respectfully submitted,
      Wilmington, Delaware

*/s/ Brendan J. Schlauch*
Daniel J. DeFranceschi (DE 2732)
Zachary I. Shapiro (DE 5103)
Brendan J. Schlauch (DE 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

Gregory M. Gordon (TX 08435300)
JONES DAY
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

Thomas A. Howley (TX 24010115)
Paul M. Green (TX 24059854)
JONES DAY
717 Texas, Suite 3300
Houston, Texas 77002
Telephone:  (832) 239-3939
Facsimile:  (832) 239-3600

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

RLF1 13752828v.3