**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SWIFT ENERGY COMPANY, *et al.*,[1] | : | Case No. 15-12670 (MFW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket No. 243** |

**NOTICE OF FILING OF SUPPLEMENTAL DISCLOSURE**
**AND EXHIBITS TO THE JOINT PLAN OF REORGANIZATION**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1.  On February 24, 2016, the above-captioned debtors (collectively, the "Debtors") commenced solicitation of their Joint Plan of Reorganization of the Debtors and Debtors in Possession (as may be further amended, modified and/or supplemented, the "Plan")[2] as described in more detail in the Joint Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan (the "Disclosure Statement").

2.  Pursuant to Section II.C.3 of the Disclosure Statement, the Debtors agreed to provide a supplemental disclosure (the "Supplemental Disclosure") regarding the dilution factor for the conversion of DIP Facility Claim (as defined in the Disclosure Statement).  The Supplemental Disclosure is attached hereto as Exhibit A.

3.  The following Plan Exhibits are attached hereto as set forth below:

Exhibit B – Form of Warrant Agreement (Plan Exhibit I.A.128)

---

[1]  The Debtors are the following nine entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Swift Energy Company (0661); Swift Energy International, Inc. (6721); Swift Energy Group, Inc. (8150); Swift Energy USA, Inc. (8212); Swift Energy Alaska, Inc. (6493); Swift Energy Operating, LLC (2961); GASRS LLC (4381); SWENCO-Western, LLC (0449); and Swift Energy Exploration Services, Inc. (2199).  The address of each of the Debtors is 17001 Northchase Drive, Suite 100, Houston, Texas 77060.

[2]  Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Plan.

- 2 -

Exhibit C – Identifies of New Swift Board Members (Plan Exhibit IV.D.2)

Exhibit D – List of Oil and Gas Leases (Plan Exhibit IV.E.2)

Exhibit E – List of Executory Contracts and Unexpired Leases to be Rejected (Plan Exhibit V.C).

4.      The Debtors will file the Exit Credit Agreement (Plan Exhibit I.A.59) and the Management Incentive Program Agreements (Exhibit I.A.80) as soon as practicable.

5.      The Debtors reserve the right to modify, amend, supplement, restate or withdraw any of the Exhibits as necessary or appropriate.  Copies of the Plan, Disclosure Statement and the Exhibits can be obtained and/or viewed, free of charge, by visiting the Debtors' restructuring website at www.kccllc.net/swiftenergy.

6.      As previously noticed, a hearing to consider confirmation of the Plan will be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge, in Courtroom No. 4, 5th Floor, at the Bankruptcy Court, 824 N. Market Street, Wilmington, Delaware 19801, **on March 30, 2016, at 10:30 a.m. (prevailing Eastern Time)**.

NAI-1500888093v1

- 3 -

Dated: March 9, 2016
     Wilmington, Delaware

/s/ *Zachary I. Shapiro*

Daniel J. DeFranceschi (DE 2732)
Zachary I. Shapiro (DE 5103)
Brendan J. Schlauch (DE 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

Gregory M. Gordon (TX 08435300)
JONES DAY
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

Thomas A. Howley (TX 24010115)
Paul M. Green (TX 24059854)
JONES DAY
717 Texas, Suite 3300
Houston, Texas 77002
Telephone:  (832) 239-3939
Facsimile:  (832) 239-3600

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

- 3 -

NAI-1500888093v1