**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SWIFT ENERGY COMPANY, *et al.*,[1] | Case No. 15-12670 (MFW)<br>(Jointly Administered) |
| Debtors. | **Re:  Docket No. 414** |

**CORRECTED EXHIBIT B TO COMBINED FIRST MONTHLY FEE APPLICATION
OF REED SMITH LLP, DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD JANUARY 21, 2016 THROUGH FEBRUARY 29, 2016**

DATED:  March 16, 2016

By:  */s/ Emily K. Devan*
      Emily K. Devan (No. 6104)
      REED SMITH LLP
      1201 Market Street, Suite 1500
      Wilmington, DE 19801
      Telephone: (302) 778-7500
      Facsimile: (302) 778-7575
      E-mail:  edevan@reedsmith.com

---

[1]  The Debtors are the following nine entities (the last four digits of their respective taxpayer identification numbers follow in parenthesis): Swift Energy Company (0661); Swift Energy International, Inc. (6721); Swift Energy Group, Inc. (8150); Swift Energy USA, Inc. (8212); Swift Energy Alaska, Inc. (6493); Swift Energy Operating, LLC (2961); GASRS LLC (4381); SWENCO-Western, LLC (01449); and Swift Energy Exploration Services, Inc. (2199).  The address of each of the Debtors is 17001 Northchase Drive, Suite 100, Houston, Texas 77060.